THE STATE OF OHIO, APPELLEE, *v.* PORTER, APPELLANT.

[Cite as *State v. Porter* (1994), 70 Ohio St.3d 644.]

(No. 94–865—Submitted August 17, 1994—Decided November 9, 1994.)

*Paul Porter, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated by the court of appeals.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.